# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-9610 FMO (JEMx) | Date | October 20, 2017 |
|---|---|---|---|
| Title | David Bitran, et al. v. Ocwen Loan Servicing, LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of January 26, 2017 (Dkt. 12), the parties were required to complete a settlement conference before a mediator from the court's ADR Panel no later than July 26, 2017. (See id. at 10). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). Moreover, the Order required the parties to file their first set of pre-trial documents no later than October 17, 2017. (See u at 11).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Nor have the parties filed the first set of pre-trial documents. Accordingly, IT IS ORDERED THAT, no later than **October 25, 2017**, the parties shall show cause in writing why this action should not be dismissed or sanctions imposed for failure to comply with the Court's Order of January 26, 2017. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |